UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TOM CRONIN, KELLY CRONIN,
and BRITTANY CRONIN,

                        Plaintiffs,

      v.                                    Civil Action No.: 23-CV-0014

TOWN OF WEST SENECA, NEW YORK,
KEVIN BARANOWSKI, DONALD DRISCOLL,
JEFFREY COIA, JAMIE PAPPACENO,
GERALD FIBICH, ROBERT DEPPELER,
JAMIE PIMENTEL, and GLENN ERNY,

                        Defendants.

---

## NOTICE OF MOTION TO CONSOLIDATE

| | |
|---|---|
| **NATURE OF ACTION:** | Violation of Civil Rights. |
| **MOVING PARTY:** | Plaintiffs, Tom, Kelly and Brittany Cronin. |
| **DATE, TIME, AND PLACE:** | To be determined by the Court. |
| **SUPPORTING PAPERS:** | Declaration of Chad A. Davenport, Esq., sworn to on March 30, 2023, with accompanying memorandum of law. |
| **ANSWERING PAPERS:** | Opposing papers, if any, are required to be filed and served in accordance with Court order, or, in the absence of a Court order, within 14 days after service of this motion in accordance with Local Rule 7(b)(2)(B). |
| **REPLY PAPERS:** | Plaintiff intends to submit reply papers. |
| **RELIEF REQUESTED:** | An order consolidating the instant action with the related action pending before this Court captioned *John R. Andrews, Jr., v. Town of West Seneca, New York, et al.*, Civil Action No. 1:21-CV-00746 (W.D.N.Y.), pursuant to Rule 42 of the Federal Rules of Civil Procedure. |

**ORAL ARGUMENT:**   Requested to be argued by Mr. Davenport.

Dated: March 30, 2023
       Buffalo, New York

                **RUPP PFALZGRAF LLC**
                *Attorneys for Plaintiff*

       By:    *s/Chad A. Davenport*
                R. Anthony Rupp III, Esq.
                Chad A. Davenport, Esq.
          1600 Liberty Building, 424 Main Street
                Buffalo, New York 14202
                (716) 854-3400

4889-3948-3994, v. 1